UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAO CHENH, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>THE CORPORATION TRUST COMPANY OF NEVADA, et al.,<br><br>                Defendants. | Case No. 2:12-cv-01556-MMD-GWF<br><br>ORDER<br><br>(Motions to Dismiss and/or Strike – dkt. nos. 6, 7) |

Defendant Western United Insurance Company filed a Motion to Dismiss and/or Strike Plaintiff's Allegations Regarding Breach of Fiduciary Duty (dkt. no. 6) and a Motion to Dismiss and/or Strike Plaintiff's Allegations Regarding Tortuous Interference (dkt. no. 7). Both were filed on September 10, 2012, and responses were due on September 27, 2012. However, Plaintiffs did not meet this deadline and have not opposed the Motions.

Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). The Court therefore GRANTS Defendant's unopposed Motions to Dismiss. Because the Court grants the Motions to Dismiss, the Motions to Strike are DENIED AS MOOT.

DATED THIS 2nd day of October 2012.

_____
UNITED STATES DISTRICT JUDGE