NATHAN R. REINMILLER, ESQ.
Nevada Bar No.:  006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.:  010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV  89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant
Western United Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| LAO CHENH, an individual, MUI LY, an individual and KENNY CHENH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION TRUST COMPANY OF NEVADA, a Domestic Corporation, d/b/a AAA Insurance, WESTERN UNITED INSURANCE COMPANY, d/b/a AAA NEVADA INSURANCE COMPANY, AAA NEVADA INSURANCE COMPANY, an unknown business entity, d/b/a AAA Insurance and DOES I-X, Inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01556- APG -GWF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs, LAO CHENH, MUI LY, and KENNY CHENH, by and through their counsel of record, the law firms of Harmon Wang, LLC and Vannah & Vannah, and Defendant, WESTERN UNITED INSURANCE COMPANY dba AAA NEVADA INSURANCE COMPANY, by and through its counsel of record, the law firms of McCormick,

NRR-20114

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1  Barstow, Sheppard, Wayte & Carruth, LLP and Alverson, Taylor, Mortensen & Sanders, and

2  hereby stipulate and agree as follows:

3     IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with

4  prejudice as to all claims, each party to bear their own costs and attorneys' fees related to the

5  same.

6

7  Dated this ___ day of April, 2013.           Dated this 13th day of ~~April~~ May, 2013.

8  HARMON WANG, LLC                              ALVERSON, TAYLOR, MORTENSEN &
                                                 SANDERS
9

10 _____              _____
   JOSHUA L. HARMON, ESQ.                        NATHAN R. REINMILLER, ESQ.
11 Nevada Bar No.: 007004                        Nevada Bar No.: 006793
   1428 So. Jones Boulevard                      SABRINA G. MANSANAS, ESQ.
12 Las Vegas, Nevada 89146                       Nevada Bar No.: 010669
   *Attorneys for Plaintiffs*                    7401 W. Charleston Boulevard
13                                               Las Vegas, NV 89117
                                                 *Attorneys for Defendant*
14

15 DATED this ___ day of April, 2013.            DATED this 30 day of April, 2013.

16 VANNAH & VANNAH                               McCORMICK, BARSTOW, SHEPPARD,
                                                 WAYTE & CARRUTH, LLP
17

18 _____              _____
19 Robert D. Vannah, Esq.                        BYRON BROWNE, ESQ.
   Nevada Bar No.: 002503                        Nevada Bar No.: 009769
20 400 South Fourth Street, 6th Floor            8337 W. Sunset Road, Suite 350
   Las Vegas, Nevada 89101                       Las Vegas, NV 89113
21 *Attorneys for Plaintiffs*                    *Co-Counsel for Defendant*

22

23                          **ORDER**

24     IT IS SO ORDERED.

25     Dated this 13th day of May, 2013.

26

27 _____
   UNITED STATES DISTRICT COURT JUDGE
28
                          2                                    NRR-20114

Barstow, Sheppard, Wayte & Carruth, LLP and Alverson, Taylor, Mortensen & Sanders, and

hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with

prejudice as to all claims, each party to bear their own costs and attorneys' fees related to the

same.

Dated this ⅃ʒ day of April, 2013.          Dated this ___ day of April, 2013.

HARMON WANG, LLC          ALVERSON, TAYLOR, MORTENSEN &
                                                     SANDERS

_____          _____
JOSHUA L. HARMON, ESQ.          NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 007004          Nevada Bar No.: 006793
1428 So. Jones Boulevard          SABRINA G. MANSANAS, ESQ.
Las Vegas, Nevada 89146          Nevada Bar No.: 010669
*Attorneys for Plaintiffs*          7401 W. Charleston Boulevard
                                                     Las Vegas, NV 89117
                                                     *Attorneys for Defendant*

DATED this 25 day of April, 2013.          DATED this ___ day of April, 2013.

VANNAH & VANNAH          McCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH, LLP

_____          _____
Robert D. Vannah, Esq.          BYRON BROWNE, ESQ.
Nevada Bar No.: 002503          Nevada Bar No.: 009769
400 South Fourth Street, 6th Floor          8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89101          Las Vegas, NV 89113
*Attorneys for Plaintiffs*          *Co-Counsel for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this ___ day of _____, 2013.

                                                     _____
                                                     UNITED STATES DISTRICT COURT JUDGE

2                                            NRR-20114

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the 13th day of May , 2013, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:** **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**

Joshua L. Harmon, Esq.
HARMON WANG, LLC
1428 So. Jones Boulevard
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Robert D. Vannah, Esq.
VANNAH & VANNAH
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Byron Browne, Esq.
McCORMICK, BARSTOW,
SHEPPARD, WAYTE & CARRUTH, LLP
8337 W. Sunset Road, Suite 350
Las Vegas, NV 89113
*Co-Counsel for Defendant*

_____Camille DeVoge_____
An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS

N:\nathan.grp\Z-client\20114\Pleadings\20114SAO-dismissal.docx

3

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-20114